UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

OLIVER WOODFIN PROFFITT, #280688,

        Petitioner,

v.                                       ACTION NO.
                                        2:05cv523

GENE M. JOHNSON, Director of the
Virginia Department of Corrections,

        Respondent.

## **FINAL ORDER**

      This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254.

      The petition alleges violation of petitioner's constitutional rights pertaining to his convictions in the Chesapeake Circuit Court on August 9, 1999, for second degree murder and use of a firearm in the commission of a felony, as a result of which he was sentenced to serve forty-three years with thirteen years suspended.

      The petition was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. Report of the Magistrate Judge was filed on April 25, 2006, recommending dismissal of the petition. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. On May 3, 2006, the Court received petitioner's objections to the Report and Recommendation.

      The Court, having reviewed the record and examined the objections filed by the petitioner

to the United States Magistrate Judge's Report, and having made de novo findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the Report of the United States Magistrate Judge filed April 25, 2006. It is, therefore, ORDERED that the petition be DENIED and DISMISSED, because petitioner's claims are barred by the statute of limitations.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 30 days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to the petitioner and to counsel of record for the respondent.

_____/s/_____
WALTER D. KELLEY, JR.
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
June 2 , 2006